UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY DAVIS, JR. (#222934)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-510-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 28, 2010 (doc. no. 17). The plaintiff has filed an objection which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DENIED.

Baton Rouge, Louisiana, this 25th day January, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA